

# NUMBER 13-14-00633-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

ABRAHAM HERRERA SOLIS,                                          APPELLANT,

v.

THE STATE OF TEXAS,                                          APPELLEE.

---

### On appeal from the 275th District Court
### of Hidalgo County, Texas.

---

# ORDER TO FILE APPELLATE BRIEF

### Before Justices Rodriguez, Garza, and Longoria
### Order Per Curiam

This cause is before the Court on appellant's third motion for extension of time to file the brief. The last portion of the reporter's record was filed on February 20, 2015, appellant's brief was due on March 23, 2015, and this Court has previously granted appellant two extensions for the filing of appellant's brief in this cause. Appellant has

now filed his third motion requesting additional time until October 23, 2015 to file the appellate brief in this cause.

The Court, having fully examined and considered appellant's third motion for extension of time to file the brief and the extensions previously granted in this cause, is of the opinion that, in the interest of justice, appellant's third motion for extension of time to file the brief should be granted with order. The Court, however, looks with disfavor upon the delay caused by counsel's failure to have filed a brief in this matter. NO FURTHER EXTENSIONS WILL BE GRANTED ABSENT EXIGENT CIRCUMSTANCES ALLEGED AND SUPPORTED BY AFFIDAVIT. Appellant's third motion for extension of time to file the brief is hereby GRANTED, and the Honorable O. Rene Flores, counsel for appellant, is hereby ORDERED to file the appellate brief with this Court on or before October 23, 2015. Further motions for extension of time will not be favorably entertained by the Court.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
3rd day of September, 2015.